No. 28. WASHINGTON TERMINAL Co. v. BOSWELL ET AL.

 Argued October 19, 20, 1943. Reargued March 8, 9, 1943. Decided June 14, 1943. *Per Curiam:* Judgment affirmed by an equally divided Court. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this case. *Mr. John Dickinson,* with whom *Messrs. Guy W. Knight* and *John B. Prizer* were on the briefs, for petitioner. *Mr. Willard H. McEwen,* with whom *Messrs. Frank L. Mulholland, Clarence M. Mulholland,* and *Harold C. Heiss* were on the briefs, for respondents. By special leave of Court, *Mr. Robert L. Stern,* with whom *Solicitor General Fahy* was on the brief, for the United States, as *amicus curiae,* on the reargument.